UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-cv-81266-Cohn/Seltzer

KATHERINA M. PEREZ,

    Plaintiff,

vs.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 5]. Having reviewed the Notice and the record in this case, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**. It is further

**ORDERED AND ADJUDGED** that any pending motions are **DENIED as moot** and the Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 18th day of December, 2009.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF